UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KWADENE LIVINGSTON,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil No. 09-546(WJM)<br><br><br><br>ORDER |

**THIS MATTER** comes before the Court on pro se Petitioner Kwadene Livingston's Rule 60(b) motion for relief from this Court's July 30, 2009 denial of his Section 2255 petition; and this Court previously having denied Petitioner's motion for reconsideration of the July 30, 2009 order (Docket No. 14); and the instant motion raising the same issues previously passed upon and rejected by this Court in the Section 2255 motion and the subsequent motion for reconsideration; and the instant motion setting forth none of the requisite elements of a Rule 60(b)(1) action, namely "mistake, inadvertence, surprise, or excusable neglect"; and the instant motion also failing to set forth any fraud by an opposing party relating to Petitioner's Section 2255 petition; and the Court finding that, to the extent that Petitioner is seeking new review of his habeas claims, he presents a second or successive habeas petition to this Court that fails to comport with the requirements of 28 U.S.C. § 2255(h); and for good cause shown,

**IT IS** on this ____ day of June 2010, hereby,

**ORDERED** that Petitioner's motion for relief under Federal Rules of Civil Procedure 60(b)(1) and (3) is **DENIED**; and it is

**FURTHER ORDERED** that a certificate of appealability shall not issue since Petitioner has not made a "substantial showing of the deprivation of a constitutional right," as required by 28 U.S.C. § 2253(c)(2).

_____
WILLIAM J. MARTINI, U.S.D.J.